**Electronically Filed
Supreme Court
SCWC-11-0000378
30-OCT-2012
10:54 AM**

NO. SCWC-11-0000378

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

WILLIAM A. KEENER, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000378; CR. NO. 09-1-2033)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, Acoba,
McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on

September 19, 2012 by Petitioner/Defendant-Appellant William A.

Keener is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 30, 2012.

Taryn R. Tomasa,                    /s/ Mark E. Recktenwald
for petitioner

                                    /s/ Paula A. Nakayama
Sonja P. McCullen,
for respondent                      /s/ Simeon R. Acoba, Jr.

                                    /s/ Sabrina S. McKenna

                                    /s/ Richard W. Pollack

